## Douglas v. The State.

APPEAL from Montgomery City Court.

Tried before Hon. T. M. ARRINGTON.

HILL, ROQUEMORE & ROGERS, for appellant.

W. C. FITTS, Attorney-General, *contra*.

The defendant was indicted, tried and convicted for robbery, and appealed. Judgment affirmed on following authorities: *State v. Fariss*, 85 Ala. 1; *Maxwell v. State*, 89 Ala. 150; *Mosely v. State, in Mss. Mitchell v. State*, 94 Ala. 68.

*Per Curiam*.